UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GIAVONNI WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 1:08-CV-152 RM |
| v. ) | |
| ) | |
| FORT WAYNE POLICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Giavonni Williams, a *pro se* prisoner, filed a motion seeking a default judgment against the defendants. This case has not yet been screened as required by 28 U.S.C. § 1915A and therefore the defendants have not yet been served. Because the defendants are not yet obligated to appear and defend, they are not in default.

For the foregoing reasons, the motion (DE 19) is DENIED.

SO ORDERED.

ENTERED: April  6 , 2009

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court

cc:  G. Williams